```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
     1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                jason.gorn@usdoj.gov
                kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNTS CONTAINED IN THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, the Acting United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the following counts with prejudice of the First Superseding Indictment in the above-referenced case, filed on October 14, 2021: (1) Counts Four, Five, and Six; (2) Count Nine as to defendant Jose Valencia Gonzalez only;

1  (3) Count Ten as to defendant Carlos Gonzalez only; (4) Count
2  Thirteen; (5) Count Fourteen; and (6) Count Sixteen.
3
4  Dated: February 18, 2025          Respectfully submitted,
5                                    JOSEPH T. MCNALLY
                                     Acting United States Attorney
6
                                     LINDSEY GREER DOTSON
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8
9                                      __/s/_____
                                     KYLE W. KAHAN
10                                    JASON A. GORN
                                     KELLYE NG
11
                                     Assistant United States Attorneys
12
                                     Attorneys for Plaintiff
13                                    UNITED STATES OF AMERICA