JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
    1400/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
               jason.gorn@usdoj.gov
               kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172(A)-GW-1-6-7-8 |
|---|---|
| Plaintiff, | ORDER DISMISSING COUNTS CONTAINED IN THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that following counts of the First Superseding Indictment filed in this matter be dismissed: (1) Counts Four, Five, and Six; (2) Count Nine as to defendant Jose Valencia Gonzalez only;

///

///

(3) Count Ten as to defendant Carlos Gonzalez only; (4) Count Thirteen; (5) Count Fourteen; and (6) Count Sixteen.

IT IS SO ORDERED.

February 19, 2025
DATE

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KYLE W. KAHAN
Assistant United States Attorney

2