UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

MAR 2 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CR 18-172-GW

Title: U.S.A. v. Michael Lerma, et al.

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__   THE JURY REQUESTS THE FOLLOWING:
Read the testimony of SA Talamontez about which drugs were sold at "The Compound" in Pomona.

DATE: 3/27/25
TIME: 10:54 am

SIGNED: **REDACTED**
FOREPERSON OF THE JURY