United States District Court

For The Central District of California

| | |
|---|---|
| United States of America, | ) Case No 18 CR 172-GW |
| Plaintiff, | ) |
| | ) **ORDER RE: EX PARTE** |
| | ) **APPLICATOIN [RELEASING] OR** |
| v. | ) **[TRANSPORTING] DEFENDANT** |
| | ) **FOR ONE DAY TO ATTEND THE** |
| Michael Lerma, | ) **FUNERAL OF HIS MOTHER;** |
| Defendant. | ) |
| | ) |
| | ) |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby Orders that Defendant Michael Lerma be temporarily released on furlough for one day, July 27, 2025, so he may attend his mother's funeral, under the following conditions:

DATED: _____

HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

[IN CASE OF DENIAL]

**GOOD CAUSE NOT HAVING BEEN SHOWN,** the Court hereby denies the

Ex Parte Application for release.


Dated:_____                    _____

                                             HONORABLE GEORGE WU
                                             UNITED STATES DISTRICT JUDGE