DANIEL A. NARDONI (#94201)
LAW OFFICE OF DANIEL A. NARDONI
215 North Marengo Avenue, Suite 328
Pasadena, CA 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873
Email: dan@nardonilaw.net

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  18-CR-00172-GW-8 |
| Plaintiff, | |
| v. | [proposed] ORDER GRANTING DEFENDANT'S  MOTION FOR ACQUITTAL AND ALTERNATIVE MOTION FOR A NEW TRIAL |
| JOSE VALENCIA GONZALEZ (#8), | |
| Defendant. | Date: December 8, 2025 |
| | Time: 8:00 a.m. |

Defendant having moved for a Motion For Acquittal and Alternative Motion for a New Trial and GOOD CAUSE appearing therefore;

IT IS HEREBY ORDERED, that the motion is granted.


DATED:  _____

THE HONORABLE GEORGE WU
U.S. DISTRICT COURT JUDGE