SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com

DANIEL A. NARDONI (#94201)
LAW OFFICE OF DANIEL A. NARDONI
215 North Marengo Avenue, Suite 328
Pasadena, CA 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873
Email: dan@nardonilaw.net

Attorneys for Defendant Jose Gonzalez (#8)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE GEORGE WU)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LERMA et al.,<br><br>JOSE VALENCIA GONZALEZ (#8),<br><br>                    Defendant. | Case No.:  18-CR-00172-GW-8<br><br>DEFENDANT JOSE GONZALEZ'S NOTICE OF JOINDER IN DEFENDANT CARLOS GONZALEZ'S NOTICE OF MOTION; MOTION FOR A NEW TRIAL AND FOR EVIDENTIARY HEARING; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHNNY MACIAS AND DANIEL NAVARRO (DOC. 1803).<br><br>Date of Hearing: Dec. 8, 2025<br><br>Time of Hearing:  8:00 a.m. |

TO THIS HONORABLE COURT, THE UNITED STATES OF AMERICA AND ITS COUNSEL: PLEASE TAKE NOTICE THAT defendant Jose Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni, hereby joins in defendant Carlos Gonzalez's Notice of Motion; Motion for a new trial and for evidentiary hearing; Memorandum of points and authorities; Declarations of Johnny Macias and Daniel Navarro (Doc. 1803).

Dated: September 23, 2025                    Respectfully submitted

<u>/s/Shaun Khojayan</u>

<u>/s/Daniel A. Nardoni</u>
ATTORNEYS FOR DEFENDANT
JOSE GONZALEZ