| | |
|---|---|
| [prepared by]<br>Richard G. Novak (SBN 149303)<br>65 N. Raymond Ave. #320<br>Pasadena, CA 91103<br>T: 626-685-2562<br>E: Richard@rgnlaw.com<br>Attorney for Defendant Carlos Gonzalez | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>MICHAEL LERMA , et al.<br><br>Defendant(s). | CASE NUMBER:<br>2:18-cr-172(A)-GW<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: <u>Johnny G. Macias (BOP Registration Number 18363-510)</u>

Alias: _____

on <u>January 22, 2026</u>   at <u>8:00 a.m.</u>   before U.S. District Judge George H. Wu.
  *(Date of Appearance)     (Time)*

Dated:_____

_____
**U.S. District Judge**