```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    KYLE W. KAHAN (Cal. Bar No. 298848)
 5  KELLYE NG (Cal. Bar No. 313051)
    JASON A. GORN (Cal. Bar No. 296179)
 6  Assistant United States Attorneys
         1400/1300/1200 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2238/8408/7962
         Facsimile: (213) 894-0142
 9       E-mail:    kyle.kahan@usdoj.gov
                    kellye.ng@usdoj.gov
10                  jason.gorn@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED RULE 33 EVIDENTIARY HEARING EXHIBIT LIST |
| v. | |
| MICHAEL LERMA, *et al.*, | Trial Date: January 22, 2026<br>Trial Time: 8:00 a.m.<br>Location:   Courtroom of the<br>            Hon. George Wu |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, hereby submits the Government's Exhibit List for the January 22, 2026 Rule 33 Evidentiary Hearing.

///

///

The government reserves the right to update, modify, and edit the exhibit list and exhibits below.

Dated: January 20, 2026                Respectfully submitted,

                                                TODD BLANCHE
                                                Deputy Attorney General

                                                BILAL A. ESSAYLI
                                                First Assistant United States Attorney

                                                ALEXANDER B. SCHWAB
                                                Assistant United States Attorney
                                                Acting Chief, Criminal Division

                                                */s/ Kyle W. Kahan*
                                                KYLE W. KAHAN
                                                KELLYE NG
                                                JASON A. GORN
                                                Assistant United States Attorneys

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA

**EXHIBIT LIST**

United States v. Michael Lerma, *et al.* Rule 33 Evidentiary Hearing 18-00172(A)-GW

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | July 30, 2025 Trial Transcript – US v. Navarro, 22-CR-340-AB [LS_28189-259] | | | | |
| 2. | July 31, 2025 Trial Transcript – US v. Navarro, 22-CR-340-AB [LS _28260-305] | | | | |
| 3. | Apr. 1, 2025 Los Angeles Times Article [LS_28483-502] | | | | |
| 4. | June 11, 2025 Second Superseding Indictment – US v. Navarro, 22-CR-340-AB [LS _28503-17] | | | | |
| 5. | July 31, 2025 Verdict Form – US v. Navarro, 22-CR-340-AB [LS_28518-24] | | | | |
| 6. | Bureau of Prisons ("BOP") Inmate History Quarters Form – Michael Lerma [LS_28534-36] | | | | |
| 7. | BOP Inmate History Quarters Form – Johnny Macias [LS_28525-26] | | | | |
| 8. | BOP Inmate History Quarters Form – Daniel Navarro [LS_28531-33] | | | | |

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9. | BOP Inmate Discipline Data – Johnny Macias [LS_28182] | | | | |
| 10. | BOP Inmate Discipline Data – Daniel Navarro [LS_28183-86] | | | | |
| 11. | Sept. 7, 2022 Indictment – US v. Macias, 8:22-CR-132-CJC | | | | |
| 12. | Felony Complaint, Minute Orders, Judgement – People v. Macias, *et al.*, Orange County Superior Court No. SAPD 16-14258 [LS_28336-62] | | | | |
| 13. | Felony Complaint, Minute Orders, Judgement – People v. Macias, *et al.*, Orange County Superior Court No. TPD 19-3634 [LS_28363-86] | | | | |
| 14. | September 17, 2020 California Department of Corrections and Rehabilitation Notice and Conditions of Parole Form [LS_28307-09] | | | | |
| 15. | Apr. 30, 2024 Bureau of Prisons SIS Report [LS_28543-546] | | | | |
| 16. | BOP Inmate History Quarters Form – Jose Valencia Gonzalez [LS_28549] | | | | |