UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LERMA, ET AL.,<br><br>Defendants. | **Case No.: CR 18-00172-GW**<br><br>**ORDER DIRECTING THE UNITED STATES BUREAU OF PRISONS AND THE UNITED STATES MARSHAL'S SERVICE TO COMPEL THE APPEARANCE BEFORE THIS COURT OF MDC-LA INMATE JOHNNY G. MACIAS (REG. NO. 18363-510) AT 10:00 A.M. ON FEBRUARY 23, 2026** |

This Court has twice issued a writ of habeas corpus *ad testificandum* compelling the appearance of detainee Johnny G. Macias to testify before this Court with respect to a pending motion in this matter as to which he is a material witness. (Doc Nos. 1847, 1876)

The Court has twice been informed by the United States Marshal's Service, once on January 5, 2026, and again on February 12, 2026, that Mr. Macias has declined to appear as required by this Court's writs. Mr. Macias' counsel has been instructed to inform Mr. Macias that his appearance is required and is not optional. Counsel informs this Court that he has done so.

1. The Court hereby ORDERS Mr. Macias to appear at 10:00 a.m. on February 23, 2026. Unless Mr. Macias has a medical condition which medical personnel verify to this Court in writing precludes his appearance, the Bureau of Prisons and the United States Marshal's Service are authorized to and SHALL use reasonable force to compel Mr. Macias' appearance before this Court, although such force shall only be used if Mr. Macias declines to voluntarily comply with this Order.

Counsel for Mr. Macias shall inform Mr. Macias of this Order prior to February 23, 2026, in order to ensure that he is aware of the Order and of the consequences of again declining to voluntarily comply with this Court's writs and orders.

Counsel for the defendants shall provide the Bureau of Prisons and the United States Marshal's Service with this Order.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
HON. GEORGE H. WU,
United States District Judge