SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Jose Gonzalez (#8)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE GEORGE H. WU)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LERMA et al.,<br><br>JOSE GONZALEZ (#8),<br><br>Defendant. | Case No.:  18-CR-00172-GW-8<br><br>DEFENDANT JOSE GONZALEZ'S SENTENCING MEMORANDUM<br><br>Sentencing date: March 9, 2026 |

Defendant Jose Gonzalez files his Sentencing Memorandum.

I.      **INTRODUCTION**

Jose Gonzalez, 44 years old, is before the Court for sentencing on his charge of Racketeer Influenced and Corrupt Organizations Conspiracy 18 U.S.C. §§ 1962(d), 1963(a), Violent Crimes in Aid of Racketeering Activity, Aiding and Abetting 18 U.S.C. § 1959(a)(1) and 18 U.S.C. § 2(a), First Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States 18 U.S.C. §§ 1111, 7(3), and 18 U.S.C. § 2(a), Drug Trafficking Conspiracy 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii) and Felon in Possession of a Firearm and Ammunition 18

U.S.C. § 922(g)(1).

## II.    SENTENCING FACTORS

Title 18 U.S.C. § 3553(a) directs the sentencing court to consider:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the [advisory] sentencing [guideline] range[;]

(5) any pertinent policy statement ... issued by the Sentencing Commission[;]

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a).

## III.    DEFENDANT'S FACTUAL OBJECTION TO THE PRESENTENCE REPORT

### A.    The Judgment and PSR should reflect his true name "Jose Gonzalez" not Jose Valencia Gonzalez

As stated in the PSR at 25 n.1, Jose Gonzalez provided a copy of his birth certificate that states his true name as "Jose Gonzalez." During the presentence interview, Jose Gonzalez reiterated that he would like his true name reflected as "Jose Gonzalez" despite the court records referring to him as "Jose Valencia Gonzalez" or "J.V. Gonzalez."

2.

## IV.    DEFENDANT'S POSITION ON SENTENCING FACTORS

Jose Gonzalez, 44 years old was born in 1981, in Pomona, California, to Seferino Gonzalez and Aparicia Gonzalez. Mr. Gonzalez has five siblings, Seferino Gonzalez, age 45, Carlos Gonzalez, age 43, Genaro Gonzalez, age 40, Armando Gonzalez, age 34, Eucevia Gonzalez, age 34.

Mr. Gonzalez only completed middle school and did not pursue further studies until 2016 when he obtained his high school diploma from Folsom State Prison.

He married Angelica Gonzalez in San Bernardino, CA in 2014.  Their union produced three children, Brianna Gonzalez, age 22, Tatiana Gonzalez, age 20 and Jose Andres Gonzalez, age 13.  Mr. Gonzalez continues to be dedicated to his young children and maintains daily contact with them.

In 2016, Jose Gonzalez enrolled and graduated from a trade school boot camp. From 2016 to 2018, Mr. Gonzalez worked full time with a Union working on an underground pipeline, travelling to different parts of Los Angeles County.

Mr. Gonzalez suffers sclerosis of the liver that requires medical treatments and procedures.

Mr. Gonzalez would request placement at FCI Lompoc or Victorville so that he may be near his family and children and receive his needed medical care.

Respectfully submitted,

Dated: March 2, 2025              s/ Shaun Khojayan
                                  Attorney for Defendant Jose Gonzalez

3.