TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
        1400/1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2238/8408/7962
        Facsimile: (213) 894-0142
        E-mail:    kyle.kahan@usdoj.gov
                   jason.gorn@usdoj.gov
                   kellye.ng@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172(A)-GW-1,6,7,8 |
|---|---|
| Plaintiff, | OMNIBUS ORDER SEALING DOCUMENTS |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's omnibus ex parte application for sealed filing

is GRANTED.  The documents sought to be filed under seal and the

//

//

//

//

//

1  government's ex parte application for sealed filing shall all be

2  filed under seal.

3

4  March 3, 2026

5  DATE                                    HONORABLE GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9  Presented by:

10

11  /s/ Kyle W. Kahan

12  KYLE W. KAHAN
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28