SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com

DANIEL A. NARDONI (#94201)
LAW OFFICE OF DANIEL A. NARDONI
215 North Marengo Avenue, Suite 328
Pasadena, CA 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873
Email: dan@nardonilaw.net

Attorneys for Defendant Jose Gonzalez (#8)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE GEORGE WU)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LERMA et al.,<br><br>JOSE VALENCIA GONZALEZ (#8),<br><br>Defendant. | Case No.:  18-CR-00172-GW-8<br><br>NOTICE OF LETTERS IN SUPPORT OF SENTENCING FOR DEFENDANT JOSE GONZALEZ |

1.

Defendant Jose Gonzalez, through counsel, hereby files the attached letters from his family in support of his sentencing.

Respectfully submitted,

Dated: March 5, 2026

s/Shaun Khojayan
Co-counsel for Defendant Gonzalez

2.

# EXHIBIT A

Upland, CA 91786
March 3rd, 2026

Dear Honorable Judge George H. Wu,

Hi my name is Angelica Gonzalez and I am the wife of Jose Gonzalez Valencia. I am 41 years old and am currently employed and work from home. I have known Jose for 23 years and have been in a relationship with him for that long and married to him for almost 12 years. We have three beautiful children together, two daughters and one son Brianna (22 years old), Tatiana (20 years old), and Jose Gonzalez (13 years old. We also now have three grandchildren two granddaughters and one grandson. Leilani (4 years old), Cesar (1 year old) and Illiana (10 months old).

I am writing this letter to express my heartfelt support for my husband, Jose Gonzalez, as he faces these court proceedings. In the time I've spent with him and have known him I have come to know him as a man of deep compassion, integrity, and love. Jose Gonzalez is the cornerstone of our family. He is a devoted husband and a loving father who has always prioritized our family's well-being. He worked hard to provide for us and constantly shows his care through both big and small acts of kindness. Beyond our home, he has been a generous and reliable friend and neighbor, always willing to lend a hand to those in need.

I respectfully ask the court to take into account his character, his devotion to his family, and the positive impact he has on the lives of those around him. He is deeply loved and needed at home, and I have every confidence that he will honor the trust that is placed in him.

Thank you kindly for reading my letter and for considering my words as you make your decision.

Sincerely,

*Angelica Gonzalez*
Angelica Gonzalez

Upland ca 91786
March 3rd, 2026

To the Honorable Judge,

My name is Brianna Gonzalez, and I am the daughter of Jose Valencia Gonzalez. I am writing this letter in support of my father's character.

I have known my father my entire life, and I can confidently say that he is a caring, hardworking, and devoted parent. He has always prioritized our family and worked diligently to provide stability and support. Throughout my life, he has taught me the importance of responsibility, respect, and perseverance.

I respectfully ask the Court to consider the positive role he plays in our family and community. He is more than the circumstances that have brought him before you. He is a father, a provider, and a person who cares deeply about his loved ones.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Brianna Gonzalez

Upland, CA 91786
March 3rd, 2026

To the Honorable Judge,

My name is Jose Gonzalez, and I am writing this letter in support of my father, Jose Valencia Gonzalez

I want the Court to know that my dad is an important and positive presence in my life. He has always worked hard to provide for our family and has done his best to guide and support me. He teaches me right from wrong and encourages me to make good choices in school and in life.

To me, he is more than just a father — he is someone I look up to. He is caring, patient, and always willing to help others when they need it. At home, he makes sure we are taken care of and puts our needs before his own. I have seen him show kindness, responsibility, and dedication to our family every day.

I respectfully ask the Court to please consider his role as a loving father and the positive impact he has on my life.

Thank you for taking the time to read my letter.

Sincerely,

*Jose Gonzalez*
Jose Gonzalez

Los Angeles Ca, 90025
March 3rd, 2026

Honorable Judge,

My name is Tatiana Gonzalez, and I am writing this letter as the daughter of Jose Valencia Gonzalez. I respectfully ask the Court to consider my words as you make your decision regarding my father's sentencing.

My father means a great deal to me and to our family. Even though he is currently incarcerated, he has always been an important part of my life. As his daughter, I know him not only as a person who made mistakes, but also as a father who cares deeply about his family and who has always tried to support and guide us.

My dad has always worked hard and has done his best to provide for our family. He has taught me many important values, such as the importance of family, respect, and perseverance. The situation our family is going through has been very difficult, and his absence has had a big impact on us.

As his daughter, I love my father very much and hope the Court will consider showing him leniency. His presence in our family means everything to us, and we hope for the chance to have him back in our lives so he can continue being a father and a positive influence.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

*Tatiana Gonzalez*
Tatiana Mary Gonzalez
Daughter of Jose Valencia Gonzalez