SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com

DANIEL A. NARDONI (#94201)
LAW OFFICE OF DANIEL A. NARDONI
215 North Marengo Avenue, Suite 328
Pasadena, CA 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873
Email: dan@nardonilaw.net

Attorneys for Defendant Jose Gonzalez (#8)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE GEORGE WU)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  18-CR-00172-GW-8 |
| Plaintiff, | |
| v. | DEFENDANT JOSE GONZALEZ'S SUPPLEMENT TO THE MOTION FOR NEW TRIAL (DOC. 1803) |
| LERMA et al., | |
| JOSE VALENCIA GONZALEZ (#8), | |
| Defendant. | |

1.

Defendant Jose Gonzalez, through counsel, hereby files following supplement to the motion for new trial (Doc. 1803) which defendant Jose Gonzalez joined (Doc. 1805).

Lest there is any doubt that the information provided by Mr. Navarro and Mr. Macias in their affidavits and their testimony concerning their communications with Mr. Martinez is "newly discovered" as to Mr. Valencia Gonzalez within the meaning of Rule 33, Mr. Valencia Gonzalez proffers the additional information:

Based upon information and belief, Mr. Valencia Gonzalez learned that Mr. Navarro had communicated with Mr. Martinez concerning the death of Mr. Bencom when they (Mr. Valencia Gonzalez and Mr. Navarro) were in the United States Marshal's lock up at the First Street Courthouse on May 7, 2025. Mr. Valencia Gonzalez was there because he was being transported to a medical appointment related to a liver condition. Mr. Navarro was there because he was transported to the courthouse for a court hearing in his own criminal proceeding that had been scheduled for that day.

Counsel for Mr. Valencia Gonzalez and Mr. Navarro have attempted to obtain from the BOP records documenting their movements on that date, but the records have not yet been produced. If the Court has any concern that the information provided by Mr. Navarro and Mr. Macias is not "newly discovered" as to Mr. Valencia Gonzalez within the meaning of Rule 33, Mr. Valencia Gonzalez requests that the Court refrain from ruling on the pending motion and continue sentencing as to all defendants until those records can be lodged with the court as exhibits in support of the motion for a new trial.

Respectfully submitted,

Dated:  March 5, 2026          s/Shaun Khojayan
                               Co-counsel for Defendant Gonzalez